Dale Ulrich
Chapter 7 Panel Trustee
1934 E Camelback Road, Ste 120-615
PHOENIX, AZ 85016

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STUMP, PAUL | ) | Case No. <u>11-07856</u> |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s). | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

Field 61, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 106 | 11/12/2020 | COX COMMUNICATIONS<br>Napoleon Gee<br>1341 Crossways Blvd<br>Chesapeake, VA 23320 | $8.49 |
| 107 | 11/12/2020 | STUMP, PAUL<br>17906 N 92nd Lane<br>Peoria,  AZ   853852 | $3,445.42 |

,

The Trustee asks that an order be entered pursuant to □347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $3,453.91 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| <div style="text-align:center">3/1/2021</div>_____ | /s/  DALE D ULRICH_____ |
| <div style="text-align:center">DATE</div> | Dale Ulrich, TRUSTEE |