Dale Ulrich, Chapter 7 Trustee
1934 E Camelback Road, Ste 120-615
PHOENIX, AZ 85016
(602) 264-4124 /   (fax)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | )Chapter 7 |
| | )      **2:11-bk-07856-EPB** |
| STUMP, PAUL | )Case No. ~~11-07856~~ |
| | ) |
| | )    ORDER FOR PAYMENT OF |
| | )    UNCLAIMED FUNDS TO THE |
| Debtor(s). | )    U.S. BANKRUPTCY COURT |
| | ) |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount $3,453.91 to the Clerk of the Court to pursuant to Bankruptcy Rule 3010, and §347 of the Code.

Date

EDDWARD P. BALLINGER JR.
UNITED STATES BANKRUPTCY JUDGE